# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,           Case No. 96-CR-122

        v.

ALFONSO RODRIGUEZ,

                Defendant.

## OPINION AND ORDER

      The court ORDERS that the Defendant's "Motion for Speedy Trial, or Disposition of Warrants, Information or Complaints" (filed October 20, 2005) IS DENIED.  This case was closed in 1997, and no proceedings are before the court.  Therefore, there is no basis for granting the relief the Defendant seeks.  The court notes that the Defendant was called "Pedro Rodriguez" in the 1996 criminal action.  In the instant motion, he calls himself "Alfonso Rodriguez."

      Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 24th day of October, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge